UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. REINARTZ, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendants. | Case No. 1:24-cv-00304-KES-EPG <br><br> ORDER RE: STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) <br><br> (ECF No. 7). |

On May 8, 2024, the parties filed a joint stipulation for dismissal without prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 7). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed without prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 13, 2024**     /s/ Erica P. Grosjean
                             UNITED STATES MAGISTRATE JUDGE

1